UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JEFF NIELSEN, *et al.*,

    Plaintiff,

v.                             CASE NO: 1:15-CV-22308

1111 ROOF TOP, LLC, *et ano.*,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on the Parties' Joint Motion for Settlement Approval [DE 61].

THE COURT has considered the Joint Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982), the Court finds that the settlement terms, including the amounts to be paid to Plaintiffs and the amount to be paid to the Law Office of Lowell J. Kuvin, represent a fair, reasonable, and just compromise of the disputed issues, and that the settlement proposed by the Parties is hereby approved.

The Parties have been represented by counsel throughout the litigation. There is no evidence of fraud or collusion with respect to the settlement; rather, the Parties desire to fully and finally resolve this action efficiently, without resort to costly or lengthy litigation, particularly with the inherent risk associated with continued litigation for both Plaintiffs and Defendants. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Settlement [DE 61] is

1

**GRANTED**. This Court orders:

1. That the Settlement Agreements are **APPROVED**.

2. That the claims of Plaintiffs are **RELEASED** pursuant to the terms of the Settlement Agreements.

3. That this action is **DISMISSED WITH PREJUDICE** as to any and all minimum wage or overtime compensation, tip misappropriation, liquidated damages, attorneys' fees, costs, interest, and any and all other legal and equitable relief sought by or allegedly owed to Plaintiffs.

4. That any pending motions are **DENIED AS MOOT**.

5. This Court retains jurisdiction to enforce the terms of the Parties' settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf

2